IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE L. GRELL,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | **8:16CV534**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Counsel shall focus their discovery efforts on preparing for dispositive motion practice, with all such discovery to be completed on or before June 29, 2018. As to all other discovery, the deadlines are stayed a ruling on Defendant's anticipated summary judgment motion.

2) The trial and pretrial conference settings are vacated.

3) The deadline for filing a motion for summary judgment is July 30, 2018.

April 11, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge