IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE L. GRELL,<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | **8:16CV534**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's amended motion for summary judgment, if any, shall be filed on or before September 4, 2018.

2) Plaintiff's response to Defendant's motion or amended motion for summary judgment shall be filed on or before September 17, 2018, with any reply due on or before September 24, 2018.

August 23, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge